Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46683.**—Protests 2428–K, etc., of A. N. Deringer, Inc. (St. Albans).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C.D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46684.**—Protests 10933–K, etc., of H. A. Goldstone Lumber Co., Inc. (New York).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of the *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46685.**—Protest 22279–K of Associated Timber Exporters, Ltd. (Honolulu).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protest was sustained to that extent.

**No. 46686.**—Protests 25532–K, etc., of Central Vermont Railway, Inc. (St. Albans).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46687.**—Protests 30167–K, etc., of Seaboard Lumber Sales Co., Ltd. (Bridgeport).